# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 26, 2018

## NO. 03-18-00062-CR

### Ex parte Jolando King

**APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction rendered by the trial court. Appellant has filed a motion to withdraw his appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.